UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RODNEY WILLIAMS

    vs.                                  Case No.   9:15-CV-988   GTS/DJS

CASIMO FERRARI

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                         RODNEY WILLIAMS

2. Prisoner ID #:                             10-A-3938

3. Detained by:                               Riverview Correctional Facility
                                                    1110 Tibbits Drive
                                                    P.O. Box 158
                                                    Ogdensburg, New York 13669-0158

4. Detainee is:                (A)    (X)    Plaintiff in a Civil Action

                                  (B)    ( )    A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Rodney Williams (10-A-3938) is hereby ORDERED on <u>Wednesday, November 30, 2016</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  <u>November 18, 2016</u>

*[signature]*
Daniel J. Stewart
U.S. Magistrate Judge

cc:    Rodney Williams, via U.S. Postal Service
       Riverview Correctional Facility, via Email
       Denise Buckley, AAG, via CM/ECF