UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RODNEY WILLIAMS,

                        Plaintiff,

                                                                          9:15-CV-0988
v.                                                                      (GTS/DJS)

CASIMO FERRARI, Physician,
Bare Hill Corr. Fac., f/k/a Farrari Casimo,

                        Defendant.
_____

APPEARANCES:                                          OF COUNSEL:

RODNEY WILLIAMS, 10-A-3938
  Plaintiff, *Pro Se*
Livingston Correctional Facility
P.O. Box 91
Sonyea, New York 14556

HON. ERIC T. SCHNEIDERMAN                DENNIS P. BUCKLEY, ESQ.
New York State Attorney General                 *Assistant Attorney General*
  Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, New York 13204

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *pro se* prisoner civil rights action filed by Rodney Williams ("Plaintiff") against the above-captioned employee of the New York State Department of Corrections ("Defendant"), are (1) Defendant's motion for summary judgment seeking dismissal of Plaintiff's Complaint for failure to state a claim, and (2) United States Magistrate Judge Daniel J. Stewart's Report-Recommendation recommending that Defendant's motion for

summary judgment be granted and that Plaintiff's Amended Complaint be dismissed. (Dkt. Nos. 106, 129.) None of the parties have filed objections to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation.[1] Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Defendant's motion for summary judgment is granted, and Plaintiff's Amended Complaint is dismissed in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 129) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendant's motion for summary judgment (Dkt. No. 106) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 69) is **DISMISSED** in its entirety; and it is further

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

      **ORDERED** that the Clerk of Court shall enter Judgment for Defendant and close this action.

Dated: March 6, 2018
       Syracuse, New York

                                               HON. GLENN T. SUDDABY
                                               Chief United States District Judge